Steven T. Lowe, Esq. SBN 122208
Kris LeFan, Esq., SBN 278611
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672
kris@lowelaw.com

Attorneys for Plaintiffs
Arczar, LLC and and GeoVector Corporation

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JESSE GERACI (SBN 259755)
jgeraci@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:      415-362-6666
Facsimile:       415-236-6300

Attorneys for Defendant
Yelp, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCZAR LLC and GEOVECTOR CORPORATION,<br><br>                    Plaintiffs,<br><br>     v.<br><br>YELP, INC.,<br><br>                    Defendant. | Case No. 3:13-cv-02669-EDL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Ctrm:   E, 15th Floor<br>Judge:  Honorable Elizabeth D. Laporte |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Arczar, LLC and GeoVector Corporation, and Defendant Yelp, Inc. hereby stipulate to Plaintiffs' Dismissal of all claims in this action WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated:  August 13, 2013                                 LOWE & ASSOCIATES, P.C.

                                                        */s/ Kris LeFan*
                                                   By: _____
                                                        KRIS LEFAN

                                                        Attorney for Plaintiffs
                                                        ARCZAR, LLC AND AND GEOVECTOR
                                                        CORPORATION

Dated:  August 13, 2013                                 DURIE TANGRI LLP

                                                        */s/ Jesse Geraci*
                                                   By: _____
                                                        JESSE GERACI

                                                        Attorney for Defendant
                                                        YELP, INC.

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Kris LeFan, attest that concurrence in the filing of this document has been obtained.

Dated:  August 13, 2013                                 */s/ Kris S. LeFan*
                                                        KRIS S. LEFAN


PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  _____         _____
                                                        Honorable Elizabeth D. Laporte
                                                        Chief Magistrate Judge

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on August 13, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Kris S. LeFan*
KRIS S. LEFAN