Steven T. Lowe, Esq. SBN 122208
Kris LeFan, Esq., SBN 278611
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672
kris@lowelaw.com

Attorneys for Plaintiffs
Arczar, LLC and and GeoVector Corporation

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JESSE GERACI (SBN 259755)
jgeraci@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:      415-362-6666
Facsimile:      415-236-6300

Attorneys for Defendant
Yelp, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCZAR LLC and GEOVECTOR CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>YELP, INC.,<br><br>      Defendant. | Case No. 3:13-cv-02669-EDL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Ctrm: E, 15th Floor<br>Judge: Honorable Elizabeth D. Laporte |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Arczar, LLC and GeoVector Corporation, and Defendant Yelp, Inc. hereby stipulate to Plaintiffs' Dismissal of all claims in this action WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

Dated: August 13, 2013

LOWE & ASSOCIATES, P.C.

By: /s/ Kris LeFan
KRIS LEFAN

Attorney for Plaintiffs
ARCZAR, LLC AND AND GEOVECTOR CORPORATION

Dated: August 13, 2013

DURIE TANGRI LLP

By: /s/ Jesse Geraci
JESSE GERACI

Attorney for Defendant
YELP, INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Kris LeFan, attest that concurrence in the filing of this document has been obtained.

Dated: August 13, 2013

/s/ Kris S. LeFan
KRIS S. LEFAN

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: August 13, 2013

*Elizabeth D. Laporte*
Honorable Elizabeth D. Laporte
Chief Magistrate Judge